UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
408-535-5363

March 1, 2018

RE:  LegalForce RAPC Worldwide P.C. v. Demassa  
     18-cv-00043-HRL

Default is declined as to CHRIS DEMASSA, DBA TMEXPRESS.COM & URGENTTRADEMARK.COM on March 1, 2018.

Susan Y. Soong, Clerk

by:  Patty Cromwell  
Case Systems Administrator