IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C.,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS DEMASSA,<br><br>Defendant. | Case No. 18-cv-00043-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; VACATING HEARING; SETTING DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

Before the Court is defendant's "Motion to Dismiss," filed May 1, 2018, by which defendant, proceeding pro se, seeks dismissal of plaintiff's initial complaint, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. On April 23, 2018, plaintiff filed a First Amended Complaint ("FAC"), which pleading, on May 1, 2018, plaintiff served on defendant by mail.

A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." See Fed. R. Civ. P. 15(a)(1). "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

In the instant case, plaintiff filed its FAC prior to the filing of a response to its initial complaint, and, consequently, was entitled to amend as of right. See Fed. R. Civ. P. 15(a)(1).

Accordingly, the Court hereby DENIES as moot defendant's motion to dismiss the initial complaint and VACATES the hearing scheduled for June 8, 2018.

Additionally, the Court hereby DIRECTS defendant to file with the Clerk of Court

and serve on plaintiff, no later than June 15, 2018, a response to the FAC. See Fed. R. Civ. P. 15(a)(3).

Lastly, if defendant wishes to file and serve documents electronically, defendant is referred to the Northern District's website, where instructions to do so may be found. See https://cand.uscourts.gov/ECF/proseregistration.

**IT IS SO ORDERED.**

Dated: May 25, 2018

MAXINE M. CHESNEY
United States District Judge