IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEGALFORCE RAPC WORLDWIDE P.C. et al. ,

        Plaintiff(s),          NO. C- 18 - 0043   MMC

vs.

                                     **PRETRIAL PREPARATION ORDER**

DEMASSA ,

        Defendant(s).

_____ /

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday, February 24, 2020 at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be 3-4 days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF : September 9, 2019 .

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than October 7, 2019 .
    Plaintiff/Defendant: Rebuttal no later than October 18, 2019 .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF : November 8, 2019 .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DEADLINE TO AMEND PLEADINGS:  May 10, 2019.

DISPOSITIVE MOTIONS shall be filed no later than November 22, 2019 , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge   Laurel Beeler   and scheduled to take place in April or May 2019, her calendar permitting.

PRETRIAL CONFERENCE DATE: February 11, 2020  at **3:00 p.m.**

>**COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than January 6, 2020 .

FURTHER STATUS CONFERENCE:  Friday, November 1, 2019 at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, October 25, 2019 .

ADDITIONAL ORDERS:

See attached Pretrial Instructions.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: February 8, 2019  

_____
MAXINE M. CHESNEY
United States District Judge

(Revised 9/2015)