1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGALFORCE RAPC WORLDWIDE
P.C.,

            Plaintiff,

      v.

CHRIS DEMASSA,

            Defendant.

Case No. 18-cv-00043-MMC   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 79

On April 14, 2019, Plaintiff filed a motion to compel, which Judge Chesney referred to the undersigned the following day. ECF Nos. 79, 80. The motion is hereby reset for hearing on May 23, 2019 at 10:00 a.m. in Courtroom A on the 15th floor. This order does not alter the briefing schedule under Local Rule 7. Further discovery disputes must be raised pursuant to the undersigned's Discovery Standing Order, which is available at https://www.cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher.

      **IT IS SO ORDERED.**

Dated: 4/18/2019

THOMAS S. HIXSON
United States Magistrate Judge