UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., <br><br> Plaintiff, <br><br> v. <br><br> CHRIS DEMASSA, <br><br> Defendant. | Case No. 18-cv-00043-MMC (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 79 |

On April 14, 2019, Plaintiff LegalForce RAPC Worldwide, P.C., filed a motion to compel. ECF No. 79. The motion was referred to the undersigned, who set it for hearing on May 23, 2019. ECF Nos. 80, 81. On April 24, 2019, Judge Beeler entered an order regarding a settlement conference. It stated in part that "[t]he audit process will moot the plaintiff's pending discovery motion, ECF No. 79." ECF No. 82. No further briefing has been filed in connection with the motion to compel. It appears that the motion is moot, but the Court would like the moving party's confirmation. The Court **ORDERS** Plaintiff to file a status report no later than May 21, 2019 stating whether the motion to compel is moot.

**IT IS SO ORDERED.**

Dated: May 20, 2019

THOMAS S. HIXSON
United States Magistrate Judge