1  Your Name: Chris DeMassa

2  Address: 4546 El Camino Real, Suite 238

3  Los Altos, CA. 94022

4  Phone No.: 650-948-0530

5  E-mail: staff@tmexpress.com

6  Pro Se Defendant

**FILED**

**AUG -1 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  Division *[check one]*: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

11

12

13  LegalForce RAPC Worldwide, P.C.

Case Number: 3:18-CV-00043-MMC

14

**ANSWER**

15  Plaintiff,

*Check only if you include a Counterclaim or Crossclaim:*

16  vs.

☐ **AND COUNTERCLAIM**

17  Chris DeMassa, DBA

☐ **AND CROSSCLAIM**

18  TradeMark Express

19  Urgent Trademark

DEMAND FOR JURY TRIAL *[check one]*

20  ☑ Yes      ☐ No

21  Defendant.

Judge: Hon. Thomas S. Hixson

22

23  **1. Responses to the Claims in the Complaint**

24  *Each paragraph of the Complaint should be numbered. Read each paragraph carefully.*
  - *If everything in the paragraph is **false**, do not write that paragraph number anywhere. The*
25  *first paragraph of this Answer denies everything that is not specifically admitted.*
  - *If everything in the paragraph is **true**, write that paragraph number in Section B, below.*
26  - *If you **don't know** whether the paragraph is true or not, write that paragraph number in Section C, below.*
27  - *If the paragraph is **partly true and partly false**, write that paragraph number in Section D below and explain which specific parts of the paragraph are true.*
28  - *Use more pages if needed.*

ANSWER

CASE NUMBER 3:18-CV-00043-MMC

Page **0** of **26**

*[JDC TEMPLATE – Rev. 2017]*

Honorable Judge Hixson,

Please note: I am not on PacerPro. To date, I have not yet asked for any discovery from Plaintiff. Raj Abhyanker promised, but has yet to deliver, despite several verbal requests to Plaintiff and his legal team, written transcripts of the 3 depositions from myself (~February 2019), my office manager (~March 2019) and Tom Cook (~March 2019) – one of our network of independent trademark attorneys. I cannot effectively defend myself without these 3 written transcripts. Additionally, I have complied to the Court with 3 appearances in San Francisco with Judge Chesney, Judge Beeler and you, Judge Hixson. I have met with independent attorney Jorge Amador in San Francisco and Los Altos. I have kept up with, more or less, with all the motions and requirements of the Court. I have driven to San Jose and San Francisco Courts – taking me out of the office where I play a critical sales role – probably 20 times over the last 19 months. Our sales have dipped every single time I have been out of the office. This lawsuit has damaged my business, probably by over $50,000 in increased expenses and lost sales.

Case: 3:18-cv-00043-MMC Filed 08/01/2019

1   The Court has consistently misunderstood these points of malpractice, ethic

2   violations and fraud about Raj Abhyanker personally and his company's

3   Trademarkia / LegalForce everyday operations. The Court keeps perpetuating this

4   case for no reason. I cannot afford an attorney. I have to stumble though these

5   motions, hoping I am doing them correctly. I lose sleep, sales, attorneys and staff

6   because of the imbalance this lawsuit has impacted my business.

7

8   Raj Abhyanker has lied to the Court consistently in his so-far fruitless attempt to

9   put TradeMark Express out of business over the past 19 months. He has used the

10  Court with countless motions as a tool for that purpose – to put us out of

11  business. He has failed to back up his made up claims with ANY evidence of

12  damages from his sales declines from everyday competition in the marketplace.

13  Sales at Trademarkia / LegalForce are dropping because Raj Abhyanker himself

14  insists on running a fraudulent practice for over a decade where hundreds of

15  thousands of new business trademark applications have been filed since 2009

16  with <u>no prior comprehensive research</u> whatsoever, thereby disregarding

17  trademark industry norms to conduct comprehensive research on client's names,

18  slogans and logos in sound, appearance and meaning BEFORE application of any

1    trademark to a State or USPTO. His client's USPTO refusal rate is astronomical.

2    Why? Because Raj Abhyanker thinks it's a good business practice, a more

3    profitable business practice, to sell MORE legal services when client's trademark

4    applications are refused for sloppy filed USPTO simple specimen, entity and

5    sloppily written goods/services statement refusals and more the more often

6    likelihood of confusion refusals all because research was never done before filing.

7    This criminal, fraudulent, unethical business practice over the last 10 years is why

8    Trademarkia / LegalForce's sales are down. Business clients who are no longer in

9    business because their business names, slogans or logos were refused by the

10   USPTO or got cease and desist orders from other companies who had prior

11   Federal trademark, State trademark or common law rights. Our surveys of Raj

12   Abhyanker's directly filed application found an astonishing 30% USPTO refusal

13   rate for application that were filed sloppily (6%) or should never had been filed

14   (24%) because prior research was never done. The average new business needs

15   $30,000 to start. It is unthinkable to consider all the damage done to Trademarkia

16   / LegalForce's clients who have invested their life savings into a new business only

17   to be misrepresented by the first place they called, the first place they trusted, to

18   start those businesses. Over the years Trademarkia / LegalForce charged from $69

1    to $199 for these under market "file-only" packages – without a peep of guidance

2    that actual comprehensive research is ALWAYS needed before filing, only to be

3    sold 4 to 12 months later, suddenly needed fix it packages of $250 for simple

4    trademark application repairs to $950 for likelihood of confusion responses to the

5    USPTO – which almost to the T failed. These were trademark applications that

6    should never had been filed - or at least filed correctly in the first place. Raj

7    Abhyanker is a fraud dressed as an attorney. Raj Abhyanker gives attorneys a bad

8    name. Raj Abhyanker has made getting a trademark harder because the average

9    business consumer does not know what to believe when they see Trademarkia /

10   LegalForce ads from a law firm for $199, vs a non-law firm like us for $600, to get

11   a trademark, who does comprehensive research for all its clients – because it is

12   the right thing to do – NOT to make more sales in the future doing fruitless

13   damage control after a client is captured. These are clients we NEVER see because

14   they are taken into Trademarkia / LegalForce's endless loop of automatic email

15   marketing, or are damaged whereas they do not trust any company to handle

16   their next trademark or they are so damaged they go out of business altogether.

17

Case: 3:18-cv-00043-MMC Filed 08/01/2019

1   Let me state clearly for the record, TradeMark Express has not had a single

2   Federal or State trademark final refusal in 11 years. If there are any, I am not

3   aware of them. This does not include clients who insisted on filing a trademark

4   application despite advice from one of the network of trademark attorneys not to

5   file. I know of 5 refusals in our 27 years in business. This is an incredible record —

6   but not really, when you actually do comprehensive research BEFORE filing any

7   trademark — as the USPTO and ALL competent trademark attorneys who charge

8   fair rate, usually $2000 to $4000 for the 8 to 10 hours of work it actually takes to

9   do trademark something right. We keep an estimated 30% of our clients away

10  from legally blocked names, slogan and logos. When you actually do the research

11  prior uses, prior rights can be found and respected. Trademarkia / LegalForce's

12  consistent undercutting of our fees from 33% to 80% over the last 10 years have

13  hurt our business, not the other way around.  This is why they can afford

14  attorneys, and I cannot. This is why I work 80 hours a week trying to keep my

15  business afloat during a very difficult time period, and Raj Abhyanker does not.

16  This is why Raj Abhyanker goes on vacations all over the world and drives a Tesla,

17  and I do not go anywhere and drive a 21 year old car. This is why Raj Abhyanker

18  has the money to sue every competitor in sight to damage their businesses and

Case: 3:18-cv-00043-MMC Filed 08/01/2019

1 ability to compete in the future – as Trademarkia's Randall Hall admitted to me in

2 ~March 2018 at the Trademarkia office.

3

4 I was going to meet with Bruno Tarabichi until I learned he was not really an

5 independent attorney, as mutually agreed, after much arguing, at Judge Beeler's

6 Settlement Conference, but instead incorporated into Raj Abhyanker's legal team.

7 This is the email that alerted me:

8
9
10
11 -------- Forwarded Message --------
**Subject:** New document: LegalForce RAPC Worldwide P.C. et al v. Demassa (Doc# 92, N.D. Cal. 3:18-cv-00043-MMC)
**Date:** Fri, 31 May 2019 21:21:07 +0000 (UTC)
**From:** ECFdocuments@pacerpro.com
**Reply-To:** nobody@pacerpro.com
**To:** ryanb@legalforcelaw.com, clientmanagement@inbox.legalforcelaw.com, jolly@legalforcelaw.com, ruth@legalforcelaw.com, raj@legalforcelaw.com, nick@legalforcelaw.com, dongxia@rajpatent.com, staff@tmexpress.com, lit-support@legalforcelaw.com

12

## LegalForce RAPC Worldwide P.C. et al v. Demassa

**Docket entry number: 92**

NOTICE of Appearance by Wensheng Ma of Bruno Tarabichi (Ma, Wensheng) (Filed on 5/31/2019) (Entered: 05/31/2019)

*Date entered: 2019-05-31*

VIEW CASE

https://app.pacerpro.com/cases/5277126

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? sales@pacerpro.com or (415) 890-4958

1

2

3

4   Yet, I got the below email from Wensheng "Vincent" Ma saying Bruno Tarabichi

5   was OUTSIDE COUNCIL. Not true! He was NOT like Jorge Amador, who

6   represented himself professionally, with full respect to Judge Beeler's orders to

7   SEE, investigate, but NOT to take copies, or anything else, that could be passed

8   along to Plaintiff or anyone else. The confidentiality was hammered out in the

9   Settlement Conference between Vincent Ma, Raj Abhyanker, Judge Beeler and

10   myself. This is the same Settlement Conference where I showed Judge Beeler 10

11   years of tax returns, 18 months of bank statements and additional peripheral

12   items demonstrating a business hanging on, and barely in business – if not for

13   loans. Judge Beeler agreed that TradeMark Express had no sales increases during

14   the time period Raj Abhyanker insisted Trademarkia / LegalForce claimed to be

15   damaged financially. Instead of making a decision in the moment, and telling Raj

16   Abhyanker no, Judge Beeler asked me to agree to submit to an outside forensic

1   accountant whereas Raj Abhyanker would pay the supposed $5000 fee. This was

2   huge arguing point as well, as I refused to pay anything – because I did not have

3   money.  The $5000 went to a $2500 split, to nothing as I held my ground – but Raj

4   Abhyanker kept insisting – even after a closed door session with Judge Beeler

5   where Raj could be heard yelling at the Judge. This well-argued issue took over

6   :45. At the end literally, Raj Abhyanker got up from the table muttering to himself

7   about how unfair it all was, while shaking his head looking at the floor and sulked

8   out of the room. It was pathetic. He left Vincent Ma to sign the agreement. I

9   asked Vincent if he needed a ride back to the South Bay, because Raj left. He said,

10   "No, he drove himself because Raj texts and does business while he drives, and it

11   wasn't safe to drive with Raj".

12

13

14   # HERE'S THAT PRIOR EMAIL. KEY POINTS
15   # ENLARGED, AND UNDERLINED BY ME, HERE:
16
17
18   -------- Forwarded Message --------
     **Subject:**Introducing Bruno Tarabichi
       **Date:**Thu, 23 May 2019 16:58:43 -0700
      **From:**Wensheng "Vincent" Ma <vincent@legalforcelaw.com>
         **To:**TradeMark Express - TM®SM - Chris DeMassa <staff@tmexpress.com>
         **CC:**Bruno Tarabichi <bruno@tmwlawfirm.com>, LitigationSupport <lit-
             support@legalforcelaw.com>

1

2  Mr. Demassa,
3
4  Judge Hixson has issued the order for today's hearing (see attached). Per his order, I am

5  providing you with the information of our **outside counsel** Mr. Bruno

6  **Tarabichi** below:
7
8  BRUNO TARABICHI
9  TMW Law
10  4750 Almaden Expy 124-359
11  San Jose, CA 95118
12  (O) 408-634-0324
13  Email:  bruno@tmwlawfirm.com
14

15  **Please contact Mr. Tarabichi and provide him**

16  **the documents** <u>show</u> **your revenue, expenses and**

17  **profits since January 2014 to present – the same**

18  **documents you provided to Jorge, as the court**

19  **noted below:**
20
21  Demassa does say he and his book keeper have records that show how much revenue his
22  business has earned, what his business expenses are, and the profit his business earns. In fact, he
23  had to assemble those records for the audit of his finances that recently occurred in connection
24  with the settlement discussion. **Those documents are relevant** because they show his profits
25  from the business that RAPC claims is being falsely advertised, which RAPC could potentially
26  recover as Lanham Act damages if the firm wins the case on the merits.
27  ...
28  Accordingly, the Court ORDERS Demassa to produce documents that show how much revenue
29  his business has earned, what his business expenses have been, and the profit his business earned
30  from January 2014 to the present. He must produce those documents to Tarabichi within 30 days
31  of this order. The Court ORDERS RAPC to provide Demassa with Tarabichi's mailing address
32  within 24 hours of this order.
33
34  You have 30 days to produce these documents. I have copied Mr. Tarabichi in this email. Please
35  contact him directly for issues related to this production. For all other issues, please contact me
36  and Raj.
37

Case: 3:18-cv-00043-MMC Filed 08/01/2019

1
2  Regards,

3  Wensheng (Vincent) Ma
4  Litigation Attorney
5  LegalForce RAPC Worldwide, P.C.
6  1580 W. El Camino Real, Suite 10
7  Mountain View, CA 94040, USA
8  Tel: (650) 390-6446
9  Web: www.legalforcelaw.com

10 

11 About **LegalForce RAPC Worldwide** - LegalForce RAPC Worldwide is a leading general practice law firm specializing
12 in serving the diverse needs of individuals, businesses, and institutions worldwide.

13

14

15 I waited a week. No call from Bruno. I called him May 31st at 3:25pm and left a

16 message. Later, that night, at 9:21pm, I got the above email from the Court

17 notifying the Court that Bruno Tarabichi was

18 being added to their legal representation.

19

20 On June 4, Bruno Tarabichi called me back and we had a 10 minute conversation.

21 Before the call I was suspect because of the Court notice adding Bruno Tarabichi

22 the LegalForce team. I admit, I was not 100% sure why in the

Mon Jul 29 22:03:24 EDT 2019
STAMP: USPTO/TRS-
10.115.128.127-20190729220324219530-4079267-20190726012922501463-
CC-03224725-20190726012922501463

1   World Bruno Tarabichi was added to the case, to the Court, when the first

2   forensic accountant/attorney Jorge Amador was not. Jorge Amador was

3   independent, but Bruno Tarabichi came across as not being independent.

4   Showing Bruno Tarabichi anything seemed like the same as showing it directly to

5   Raj Abhyanker himself – with all the time he ever wants to read, publish – and

6   who knows what else about my life – for years to come.  Where's the

7   confidentiality promised, agreed to in writing at the Judge Beeler Settlement

8   Conference?

9

10   I played along with Bruno Tarabichi, but just in case, did pause the call at the

11   outset to tape it on my iPhone for my own internal use, so I could be exact about

12   what was to come next. Given all the other stunts by Plaintiff, I expected another

13   one. What came next was Bruno NOT identifying himself as part of Raj

14   Abhyanker's legal team, but demanding COPIES of financial documents – as it was

15   Judges' order. I explained to him, that he should conduct himself as Jorge Amador

16   did, whereas documents could be read, but NOT copied. I offered to go to his

17   office in San Jose or meet here. I thought it odd, he did not want to see tax

18   returns. Jorge Amador had spent quite a bit of time reading the tax returns.

Case: 3:18-cv-00043-MMC Filed 08/01/2019

1

2

3   Raj Abhyanker latest attempt was to try to trick me into giving actual financial

4   records to a NON-INDEPENDENT attorney. The attorney Bruno Tarabichi said he

5   was independent – but he isn't. See the May 31 Court notice above where Raj

6   Abhyanker is notifying the Court that Bruno Tarabichi was being added to their

7   legal representation. The Court did not receive notice about Jorge Amador. I read

8   that to mean that Jorge Amador was truly independent, but Bruno Tarabichi is not

9   independent. Additionally, Bruno Tarabichi identified himself as NOT an

10  accountant, not a forensic accountant, not even a bookkeeper – but is merely an

11  attorney!! How many more people is the Court going to allow Raj Abhyanker

12  make me submit to for the same thing Judge Beeler and Jorge Amador signed off

13  on? What happened to the Settlement Conference Agreement?

14

15

16  **HERE'S A TRANSCRIPT OF AGREED UPON PHONE**
17  **CALL WITH BRUNO TARABICHI ON JUNE 4. KEY**
18  **POINTS ENLARGED, AND UNDERLINED BY ME,**
19  **HERE:**

Case: 3:18-cv-00043-MMC Filed 08/01/2019

1

2  Chris De Massa June 4th Recording

3  *Read only mode*

4  00:00

5  **00:06**

6  09:45

7  Play

8  replay_5

9  Back 5s

10  **1 x**

11  Speed

12  volume_up

13  Volume

14  Chris

15  All right, Bruno?

16  Bruno

17  Hey.

18  Chris

19  Okay. Go ahead, sir.

20  Bruno

21  It's fine, so ... the judgements pretty specific. So you do not need to

22  produce your tax return. The only thing that they wanted you to

23  produce was those records that you, I guess, had already produced for an audit of your

24  finances from 2014 to the present. Right? That's on pages four and five of the order.

25  Chris

26  What documents are you talking about?

27  Bruno

28  Well it says it right here on page four, lines six to nine, it says-

29  Chris

30  Yeah, I don't have any of those things. We've been through that several times.

31  Bruno

32  Well this is reported from the judge and in his orders, because DeMassa does say he

33  and his bookkeeper have records that show how much revenue his business has

34  earned, what his business expenses are, and the profits his business earned. In fact, he

35  had to assemble those records for the audit of his finances.

36  Chris

37  Well that's on the tax return.

1  Bruno
2  Chris, I'm not the judge, if the order is wrong, you'll need to-
3  Chris
4  Well, I don't have-those documents you mention, six through nine, the things that are
5  bullet-pointed in Raj's request for discovery, they don't exist. I don't have them, and I
6  don't have that data to handle them. I've never used those type of reports before. I
7  don't have them.
8  Chris
9  If you want to see income and such, that's on the tax return. If you want to see a bank
10  statements and stuff that's available too, this is the same things that George looked at
11  when he drove to Los Altos and my bookkeepers office and the same things I showed
12  him when I went to San Francisco.
13  Chris
14  I don't understand why I have to show the same things I showed George to you.

15  # Bruno

16  # You don't have to show them to me, you have to

17  # give me copies of them.

18  Chris
19  I have to give you copies of them?
20  Bruno
21  Yes.
22  Chris
23  This is supposed to be confidential. There's supposed to be no copies involved.
24  Bruno
25  They are for attorney eyes only. They don't go to LegalForce. They don't go to Raj.
26  They don't go to Vincent. But you're supposed to produce them to me.
27  Chris
28  Uh, that's not the agreement. It's for visual analysis. It's not to give copies that can be
29  floated around forever more to whoever to who-knows-who.
30  Bruno
31  Chris, that's the purpose of outside counsel. I'm not going to-I don't need to argue with
32  you. This is the judge's orders. If you want it modified, you'll need to do something.
33  Otherwise, what will happen is, again I'm just coming in as custodian for the attorneys
34  eyes only documents. I'm not litigating this case with you. I have a very limited,
35  specific role which is I handle documents that Raj and LegalForce cannot see. Like,
36  that's the purpose of the division.
37  Bruno

**Case: 3:18-cv-00043-MMC Filed 08/01/2019**

1  If the judge made a mistake in his order, you'll need do something to tell the judge,
2  hey this isn't what we agreed to, this isn't my understanding, or I don't have these
3  documents. Otherwise what will happen, is Raj will file a motion to compel and you
4  can get sanctioned.
5  Bruno
6  It's not for me to say whether you have something or don't have something or whether
7  this was or wasn't your understanding. The judge has ordered what the judge has
8  ordered and you have 30 days from May 23rd. If there's an issue, I suggest you file
9  something with the court. Otherwise, it's up to you comply or not comply. If you
10  comply, fine. If you don't, then you could be in violation of the order-
11  Chris
12  Well, you-
13  Bruno
14  Of course I'm not your attorney so I'm not giving you legal advice, please appreciate
15  that.
16  Chris
17  Are you independent? Or are you part of Raj's team?
18  Bruno
19  No, I'm independent. I'm outside counsel. That's the whole point of this, of why the
20  judge appointed me.
21  Chris
22  The judge-
23  Bruno
24  Well he signed off on me.
25  Chris
26  The judge signed off ... he signed off for George not, I don't think ...
27  Bruno
28  I suggest you look at ECS number 91. Maybe you need to hire counsel to help you
29  look at this, I don't know. It's basically up to you, now, whether you want to comply
30  with the order or not or take steps to try to have the order modified.
31  Chris
32  Well, LegalForce, Trademarkia is the competitor of [inaudible 00:04:55], so in the
33  share a stock was to show that this is a ridiculous claim to think that we've profited
34  $167,000 a year totaling $500,000 it's just ludicrous and not reflecting in our
35  [inaudible 00:05:14]. Our sales have been down too. Our sales have suffered too. We
36  haven't taken sales-
37  Bruno
38  Chris, you're talking to the wrong person-
39  Chris

1  Well, I'm getting there! Your point is you're supposed to see if we are profitable, if we
2  have an increase in sales. George looked at this for three hours and found nothing and
3  said yes we're profitable but didn't say that we're gaining money at Trademarkia's
4  expense, that we're taking their sales. So I don't know what you're doing that's
5  different, but I'm telling you one thing, my information is supposed to be confidential
6  and for your eyes to see and not to take copies that may get distributed anywhere.
7  Chris
8  I have no idea who you are, or anything. And the court is very adamant that this
9  information is for them to look at, not to take copies of. That's why George drove to
10 Los Altos from San Francisco, to see the information-
11 Bruno
12 I understand that. This is a different order.
13 Chris
14 I haven't gotten a different order from the judge. We have the same agreement we had
15 and now Raj is asking for another person to look at-

16 Bruno

17 I will send you ECS 91. It is what it is. I'm not

18 personally invested in this the way you and Raj

19 are.

20 Chris
21 But what do you have take-How come George can look at us, our financials and
22 eyeball it and you got to have the actual copies of everything. And the things you're
23 asking for I don't have! The balance sheets, the income statements, I don't have that
24 data to hand to you anyway! So there's nothing to hand you.
25 Bruno
26 Okay. That's fine. What's going to happen is Raj will just move to compel on the
27 order. I mean-
28 Chris
29 Well isn't that Raj's prerogative? Your job is supposed to be looking, meeting, I left
30 you a message on the 31st-

31 Bruno

32 No, no, you're misunderstanding. I am not a

33 damages expert. I am not a bookkeeper. I am

34 not an account. I'm an attorney.

1  Chris
2  Then why are you involved with this?
3  Bruno
4  Because unfortunately if you have an attorney or you were familiar with litigation,
5  you would realize this is just how things operate-
6  Chris
7  Well you keep throwing back that I'm not an attorney. That has nothing to do with
8  this. Why are you involved if you're not an accountant, do I sound that forensic?
9  Bruno
10  Because there will be a damages expert and outside counsel and damages experts are
11  permitted to see attorneys eyes only documents.
12  Chris
13  Are you a damages expert?
14  Bruno
15  No, I would work with the damages expert.
16  Chris
17  How many more people does Raj have lined up to stick his thumb in my business
18  when there's nothing here to look at and George already spent three hours looking at
19  and he says there's nothing there!
20  Bruno
21  And if it wasn't me, it would just be someone else. It just needs to be an attorney
22  who's not affiliated with Raj, or LegalForce.

23  Chris

24  Are you affiliated with Raj or LegalForce?

25  Bruno

26  No! I already said no, I'm not. I have my own,

27  separate law firm.

28  Chris
29  Do you have a problem that I'm taping this?
30  Bruno
31  I just don't know if there's anything more for us to talk about. You're either going to
32  want to comply with the order or you're not. It doesn't make much of a difference to
33  me, just let me know what you decide to do.
34  Chris
35  So I am taping this just so you know, and I think you're-
36  Bruno

1  You're not allowed to tape conversations without telling-
2  Chris
3  That's why I'm telling you-
4  Bruno
5  In advanced. So I don't give you permission to record me.
6  Chris
7  I wonder why. I wonder why. I mean, you're like Raj's twin brother. You're not
8  honest.
9  Bruno
10  Okay. All right Chris, we can communicate via email if you want.
11  Chris
12  I'm not going to email you. I'm going to file a complaint with the court that you're not
13  honest and you're asking for things that you should not be asking for and you're trying
14  to strong arm me and that's not right. I called you-
15  Bruno
16  I'm really not Chris-
17  Chris
18  I called you the other-
19  Bruno
20  I'm not asking for anything-

21  # Chris

22  # Then give me permission to use this call since
23  # you're so honest. Give me permission to use this
24  # call since you're totally honest, give me
25  # permission to use this call. Go ahead, I dare you.

26  Bruno
27  Permission for what?
28  Chris
29  To use this call!

30  # Bruno

31  # <u>You can use it.</u>

32  Chris
33  Thank you.
34

1

2   I was willing to show records to Bruno Tarabichi, like I had with Jorge Amador, but

3   not to give copies. That was not the agreement. In any case the extra records

4   Plaintiff wants have never existed. I am a sole proprietor with no need to spend

5   money on reports from my bookkeeper. I have used such data in the past, but

6   now for at least 20 years. There is nothing to see but tax returns and bank

7   statements – exactly what I showed Judge Beeler and Jorge Amador.

8

9   Before my last motion to the Court on June 21, I had contacted Jorge Amador

10  about giving the Court and Raj Abhyanker more of a report about my company

11  finances, because Raj Abhyanker was not satisfied. He said he'd be happy to do so

12  after his vacation. He said to contact him, if we still needed it. I added this to my

13  last motion, to the court. It seems this would be a very simple course of action for

14  the Court and for Raj Abhyanker Trademarkia / LegalForce. I think it shows a lot

15  that Raj Abhyanker would rather hire Bruno Tarabichi, then spend more Court

16  time with these motions, and new complaints in trying to trip me up into having

17  to reply here and face the threat of penalties from the court if I did not defend

1   myself just right here. Why not just ask Jorge Amador to elaborate on his work,

2   already done?

3

4   Raj Abhyanker's sick tactic is to force Defendants to rack up an unending array of

5   legal fees — like LegalZoom's $500,000 to force settlements like he has with

6   UpCouncil another like firm, I do not recall at this moment, maybe upWork, to

7   give him stock in their ventures. He's even suing 50 attorneys who try to market

8   themselves on UpCouncil. The last thing Raj Abhyanker wants is to see the inside

9   of a court room. IF Raj Abhyanker spent a fraction of his time trying to sincerely

10  help his trademark clients establish successful trademarks, he'd be successful.

11  Please stop enabling him to use the Courts as a way to compete in the

12  marketplace. Raj Abhyanker is using the Courts as a tool. His cases have no merit.

13

14  I appreciate the Court's time and understanding.

15  I swear the above is true to the best of my knowledge.

16  Thank you, Judge Hixson.

17

18  _____

Case: 3:18-cv-00043-MMC Filed 08/01/2019

1    Chris DeMassa

2    Owner of Trademark Express / Urgent Trademark

3    650-948-0530

4

5    PS: In reviewing this before printing I figured out the May 31 email had a

6    document attached, see below. Why does the time printed says 21:21pm while

7    time of the email say 2:21pm? PLEASE SEE EXHIBIT 1.

8
9    -------- Forwarded Message --------
     **Subject:**New document: LegalForce RAPC Worldwide P.C. et al v. Demassa (Doc# 92, N.D.
              Cal. 3:18-cv-00043-MMC)
        **Date:**Fri, 31 May 2019 21:21:07 +0000 (UTC)
       **From:**ECFdocuments@pacerpro.com
     **Reply-To:**nobody@pacerpro.com
          **To:**ryanb@legalforcelaw.com, clientmanagement@inbox.legalforcelaw.com,
              jolly@legalforcelaw.com, ruth@legalforcelaw.com, raj@legalforcelaw.com,
              nick@legalforcelaw.com, dongxia@rajpatent.com, staff@tmexpress.com, lit-
              support@legalforcelaw.com

10

11

12   Additionally, the finally opened document backs up the fact that Bruno Tarabichi

13   is co-counsel of LegalForce. I had not seen the attached document until today,

14   August 1. This opens a new question, about fraud, entrapment, lying — not sure

15   what you call it — when Bruno Tarabichi is supposed to be independent, but

16   before he calls me to get all kinds of information Judge Beeler is trying to protect

1    me from giving directly to Raj Abhyanker & Trademarkia / LegalForce – covers

2    himself by notifying the court that he is actually co-council? So, he can stand up

3    and say, we'll I gave you notice in writing. What a fool he is for allowing me to use

4    the phone call transcript. There you have it. This case has no merit.

# Exhibit 1

**Subject:** New document: LegalForce RAPC Worldwide P.C. et al v. Demassa (Doc# 92, N.D. Cal. 3:18-cv-00043-MMC)
**From:** ECFdocuments@pacerpro.com
**Date:** 5/31/2019, 2:21 PM
**To:** ryanb@legalforcelaw.com, clientmanagement@inbox.legalforcelaw.com, jolly@legalforcelaw.com, ruth@legalforcelaw.com, raj@legalforcelaw.com, nick@legalforcelaw.com, dongxia@rajpatent.com, staff@tmexpress.com, lit-support@legalforcelaw.com

# LegalForce RAPC Worldwide P.C. et al v. Demassa

### Docket entry number: 92

NOTICE of Appearance by Wensheng Ma of Bruno Tarabichi (Ma, Wensheng) (Filed on 5/31/2019) (Entered: 05/31/2019)

*Date entered: 2019-05-31*



VIEW CASE

https://app.pacerpro.com/cases/5277126

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? sales@pacerpro.com or (415) 890-4958

Attachments:

2019-05-31 Notice [dckt 92_0].pdf                                      97.9 KB

Bruno Tarabichi (215129)
TMW Law
4750 Almaden Expy 124-359
San Jose, CA 95118
Tel: 408-634-0324
Email: bruno@tmwlawfirm.com

Attorney for Plaintiff,
LegalForce RAPC Worldwide, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C., <br><br> Plaintiff, <br><br> v. <br><br> CHRIS DEMASSA, d/b/a TMEXPRESS.COM & URGENTTRADEMARK.COM, <br><br> Defendant. | Case No.:3:18-cv-00043-MMC <br><br> **NOTICE OF APPEARANCE OF BRUNO TARABICHI** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THIS COURT:

PLEASE TAKE NOTICE that Mr. Bruno Tarabichi of the TMW Law hereby enters his appearance as co-counsel of record for Plaintiff LegalForce RAPC Worldwide, P.C. He is admitted to practice in the State of California. All notices given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter should be provided to and served upon counsel at the address set forth below:

> Bruno Tarabichi
> TMW Law
> 4750 Almaden Expy 124-359
> San Jose, CA 95118
> Tel: 408-634-0324
> Email: bruno@tmwlawfirm.com

Dated: May 31, 2019                     TMW Law

                                        /s/ Bruno Tarabichi

                                        Bruno Tarabichi (215129)
                                        Attorney for Plaintiff:
                                        LegalForce RAPC Worldwide, P.C.