UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., <br><br>Plaintiff, <br><br>v. <br><br>CHRIS DEMASSA, <br><br>Defendant. | Case No. 18-cv-00043-MMC (TSH) <br><br>**DISCOVERY ORDER** <br>Re: Dkt. No. 111 |

Defendant Chris Demassa has filed a request that Plaintiff be ordered to provide three written and video deposition transcripts, which he says Plaintiff promised to provide. ECF No. 111. The Court **ORDERS** Plaintiff to file a response to this request within seven days.

**IT IS SO ORDERED.**

Dated: August 30, 2019

THOMAS S. HIXSON
United States Magistrate Judge