UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS DEMASSA,<br><br>　　　　　Defendant. | Case No. 18-cv-00043-MMC (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 111 |

Defendant Chris Demassa requests an order requiring Plaintiff to provide him the written and video deposition transcripts of three witnesses. ECF No. 111. Plaintiff says it has provided them. ECF No. 115. Regardless, Plaintiff is not obligated to provide Demassa with written transcripts or videos of depositions. He can order them from the court reporter and videographer himself. Demassa's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 9, 2019

THOMAS S. HIXSON
United States Magistrate Judge