UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., <br><br>Plaintiff, <br><br>v. <br><br>CHRIS DEMASSA, <br><br>Defendant. | Case No. 18-cv-00043-MMC (TSH) <br><br>**DISCOVERY ORDER** <br>Re: Dkt. No. 121 |

On September 23, 2019, Plaintiff LegalForce RAPC Worldwide filed a unilateral discovery letter brief. Defendant Chris Demassa is not a registered e-filer, and RAPC's letter brief has no proof of service. The Court **ORDERS** RAPC to serve its letter brief on Demassa today and file a proof of service. No chambers copy is required. The Court **ORDERS** Demassa to file a response by September 27, 2019.

**IT IS SO ORDERED.**

Dated: September 24, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge