RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299961
Email: vincent@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorneys for Plaintiff,

LegalForce RAPC Worldwide, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS DEMASSA, d/b/a TMEXPRESS.COM & URGENTTRADEMARK.COM,<br><br>Defendant. | Case No.: 3: 18-cv-00043-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANT'S ANSWER - $1,666,666 COUNTERCLAIM<br><br>Date: October 25, 2019<br>Time: 9:00 A.M.<br>Dept.: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

Having considered Plaintiff LegalForce RAPC Worldwide P.C.'s Motion to Strike or Dismiss Defendant's Answer - $1,666,666 Counterclaim ("Motion"), ~~the papers filed in support~~ and no opposition to the Motion having been filed, ~~of and in opposition to the Motion, and arguments by counsel~~, the Court finds that there is good cause to GRANT the Motion.[1]

THEREFORE,

Defendant's Answer - $1,666,666 Counterclaim, filed with this Court on August 29, 2019, is hereby

    x stricken in its entirety.

    – ~~dismissed with prejudice.~~

The answer filed June 21, 2019, as supplemented June 27, 2019, shall remain defendant's operative response to the Second Amended Complaint.

**IT IS SO ORDERED.**

ENTERED this __11th__ day of __October__, 2019.

*[signature: Maxine M. Chesney]*
Honorable Maxine M. Chesney
United States District Judge

---

[1] The hearing scheduled for October 25, 2019, is hereby VACATED.