UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C.,<br><br>    Plaintiff,<br><br>v.<br><br>CHRIS DEMASSA,<br><br>    Defendant. | Case No. 18-cv-00043-MMC (TSH)<br><br>**ORDER RE: "RESCIND SANCTIONS GUIDANCE REQUEST"**<br><br>Re: Dkt. No. 160 |

On January 7, 2020, Defendant Chris DeMassa filed a "Rescind Sanctions Guidance Request," stating he is "totally confused" and has "no idea what Plaintiff or the Court needs of my financial status." ECF No. 160. However, as the Court explained in its January 6, 2020 Order regarding DeMassa's renewed motion to rescind sanctions, LegalForce agrees that DeMassa has now complied with the Court's order to produce his financial information, and the Court therefore vacated the $100 daily sanction. ECF No. 159. No further financial information is required. However, for the reasons stated in the Court's December 6, 2019 and January 6, 2020 orders, the $2,000 sanctions order remains in effect and must be paid by February 3, 2020. ECF Nos. 149, 159.

Finally, as stated in its January 6 order, the Court will not consider any further motions to rescind the $2,000 sanctions. Any such requests will be stricken from the record.

**IT IS SO ORDERED.**

Dated: January 9, 2020

THOMAS S. HIXSON
United States Magistrate Judge