UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LegalForce RAPC Worldwide P.C. et al, | |
| Plaintiff(s), | Case Number: 3:18-cv-00043-MMC |
| vs. | |
| | ORDER APPOINTING COUNSEL |
| DeMassa, | |
| Defendant(s). | |

Because the defendant has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Cat Kim, Joyce Li, Andrew Jones and Galia Amram of Durie Tangri LLP are hereby appointed as counsel for Mr. DeMassa in this matter. Counsel have indicated they anticipate requesting an extension of the trial date, and this order is contingent upon that request for an extension being granted.

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows: _____

    ☐ other: _____

Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: February 18, 2020

_Maxine M. Chesney_
The Honorable Maxine Chesney